PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Adam Woodard</u>  Case Number: <u>3:02-00004-02</u>

Name of Judicial Officer: <u>Honorable Aleta A. Trauger, U.S. District Judge</u>

Date of Original Sentence: <u>November 18, 2002</u>

Original Offense: <u>21 U.S.C. § 846 Conspiracy to Possess with Intent to Distribute Marijuana, 18 U.S.C. § 924 (c) Possession of Firearms in Furtherance of Drug Trafficking Crimes, 18 U.S.C. § 2 Aiding and Abetting</u>

Original Sentence: <u>37 months' custody and 3 years' supervised release</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>February 22, 2010</u>

Assistant U.S. Attorney: <u>Van Vincent</u>  Defense Attorney: <u>Sumter Camp</u>

---

**THE COURT ORDERS:**

☒ No Action
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 21st day of Dec, 2012, and made a part of the records in the above case.

Aleta A. Trauger
U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Joshua Smith
U.S. Probation Officer

Place    Nashville, Tennessee

Date     December 20, 2012

**ALLEGED VIOLATIONS**

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation No.</u>   <u>Nature of Noncompliance</u>

1.    **Shall not commit another federal, state, or local crime:**

On January 21, 2012, Adam Woodard was arrested for Driving Under the Influence (DUI) in Hendersonville, Tennessee, by the Sumner County Sheriff's Department. He was found not guilty on the charge of Driving Under the Influence on November 20, 2012. He was found guilty of Implied Consent and his license to drive was revoked for 1 year on this date.

**Compliance with Supervision Conditions and Prior Interventions:**

Mr. Woodard began supervised release on February 22, 2010. He is scheduled to terminate supervised release on February 21, 2013. He was referred for substance abuse treatment when he began supervised release and successfully completed treatment on June 17, 2011.

The Court was notified on February 3, 2012, that Mr. Woodard had been arrested and charged with Driving Under the Influence. The Court was informed that notification would be made when a disposition occurred for the charges.

Mr. Woodard has been most recently employed with 31-W Installation. He is currently recovering from back surgery. He has been advised to be watchful of addictive symptoms while recovering from his back surgery, as he is being prescribed pain medication during the recovery. Mr. Woodard currently resides in White House, Tennessee, with his mother and stepfather, who are assisting him while he recovers from surgery.

**U.S. Probation Officer Recommendation:**

It is recommended that Mr. Woodard be continued on supervised release with no further action at this time.

The U. S. Attorney's Office agrees with the probation officer's recommendation.


Approved: _____
             Britton Shelton
             Supervisory U.S. Probation Officer